IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No: 16-CV-310

| | |
|---|---|
| SHERRY ROBBINS )<br><br>Plaintiff, )<br>v. )<br><br>ROWAN VOCATIONAL OPPORTUNITIES, )<br>INC., )<br><br>Defendant. )<br>_____) | **NOTICE OF REMOVAL** |

Defendant Rowan Vocational Opportunities, Inc. ("Defendant"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1331 and 1446, gives notice that it has removed from the General Court of Justice, Superior Court Division for Guilford County, North Carolina, the action entitled Sherry Robbins v. Rowan Vocational Opportunities, Inc., Case No. 16-CVS-4219, to this Court, the United States District Court for the Middle District of North Carolina, and states as follows:

1.     Defendant is incorporated in the State of North Carolina with its principal place of business in Salisbury, North Carolina.

2.     Plaintiff is a resident of the State of North Carolina.

3.     On March 30, 2016, Plaintiff filed this action in the General Court of Justice, Superior Court Division for Guilford County, North Carolina. Defendant was served with the Summons and Complaint on April 4, 2016. This Notice of Removal has been timely filed within thirty (30) days after service of the initial Complaint. *See* 28 U.S.C. § 1446(b).

4.     This action is removable pursuant to 28 U.S.C. § 1331, because the Complaint alleges federal causes of action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq. See* Complaint ¶¶ 2, 12, 13, 20, 21, 22.

1

5. In accordance with 28 U.S.C. § 1446(a), attached hereto as **Exhibit 1** are copies of all process, pleadings and orders served upon Defendant in this action and/or filed in the General Court of Justice, Superior Court Division, Guilford County, North Carolina, Case No. 16-CVS-4219.

6. This Notice of Removal was served upon all parties and is being filed with the Clerk of the General Court of Justice, Superior Court Division for Guilford County, North Carolina, contemporaneously with this filing. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendant prays that the above-referenced action now pending in the General Court of Justice, Superior Court Division for Guilford County, North Carolina, Case No. 16-CVS-4219, be removed therefrom in its entirety to this Court, as provided by law, and, pursuant to 28 U.S.C. § 1446(d), that the Guilford County Superior Court proceed no further unless and until the case is remanded.

This 11th day of April, 2016.

> s/ Stacy K. Wood
> Stacy K. Wood, N.C. Bar No. 21768
> stacywood@parkerpoe.com
> s/Sarah J. Douglas
> Sarah J. Douglas, N.C. Bar No. 47839
> sarahdouglas@parkerpoe.com
>
> PARKER POE ADAMS & BERNSTEIN L.L.P.
> Three Wells Fargo Center 401 South Tryon Street,
> Suite 3000 Charlotte, North Carolina 28202
> Telephone: (704) 335-9539
> Facsimile: (704) 335-4486
>
> *Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true and correct copy of the foregoing "*Notice of Removal*" was served on Plaintiff's attorney of record in this action via the Court's CM/ECF electronic case filing system addressed as follows:

> Nancy P. Quinn
> 315 Spring Garden Street
> Suite 1D
> Greensboro, North Carolina 27401

This 11th day of April, 2016.

> s/ Sarah J. Douglas
> Sarah J. Douglas N.C. State Bar No. 47839
> PARKER POE ADAMS & BERNSTEIN LLP
> Three Wells Fargo Center
> 401 South Tryon Street, Suite 3000
> Charlotte, North Carolina 28202
> Telephone: (704) 335-9539
> Facsimile: (704) 335-4486

3

PPAB 3198118v1