IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERRY ROBBINS,                       )
                                      )
         Plaintiff,                   )
                                      )
    v.                                )      1:16CV310
                                      )
ROWAN VOCATIONAL OPPORTUNITIES,       )
INC.,                                 )
                                      )
         Defendant.                   )

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously with this Judgment,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Renewed Motion for Summary Judgment, (ECF No. 36), is GRANTED, and this action is hereby DISMISSED WITH PREJUDICE.

This, the 23rd day of May, 2018.

/s/ Loretta C. Biggs
United States District Judge